

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2606

May 29, 2019

Hon. Andrew T. Baxter
United States Magistrate Judge
United States District Court, Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

Re: *Burinska v. SUNY, et al.*
Northern District of New York
19-CV-0564 (MAD)(ATB)

Dear Judge Baxter:

It is my understanding that all of the defendants have been served with process in the within action. This office anticipates that it will represent some or all of the defendants in this matter.

Defendants respectfully request a brief extension of time to answer or otherwise respond to the Complaint, in order to permit defendants to file a single consolidated response, and in order to permit analysis of any potential conflict issues, as well as investigation of the allegations in the Complaint. Accordingly, I respectfully request an extension of time to July 15, 2019 for all defendants to answer or otherwise respond to the Complaint.

I have conferred with Jeffrey Mans, Esq., counsel for Plaintiff, who consents to this request.

Thank you for your consideration in this matter.

Respectfully,

*s/ Shannan C. Krasnokutski*

Shannan C. Krasnokutski
Assistant Attorney General
Bar Roll No. 512932
Shannan.Krasnokutski@ag.ny.gov

May 29, 2019
Page 2


cc:    Jeffrey Mans, Esq. (via ECF)
       *Attorney for Plaintiff*
       P.O. Box 11-282
       Albany, NY 12211-0282