UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PATRIZIA BURINSKA,

*Plaintiff*,

-against-

THE STATE UNIVERSITY OF NEW YORK; THE
STATE UNIVERSITY OF NEW YORK BOARD OF
TRUSTEES; THE STATE UNIVERSITY AT ALBANY;
THE STATE UNIVERSITY OF NEW YORK
POLYTECHNIC INSTITUTE; GRACE WANG, ALAIN
DIEBOLD; RHONDA L. HAINES; KATIE TYNAN-
SIMON; MARK J. LEMIRE; MEGHAN GETMAN;
JOHN AND JANE DOES #1-10,
_____

**STIPULATION AND ORDER
OF DISCONTINUANCE
PURSUANT TO RULE 41(A)**

1:19CV0564

(MAD/ATB)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned,

Plaintiff, and the attorneys for Plaintiff and Defendant The State University of New York, the

parties to the above-entitled action, that, whereas no party hereto is an infant or incompetent

person for whom a committee has been appointed, and no person not a party has an interest in

the subject matter of the action, the above-entitled action be and the same hereby is settled on the

particular circumstances of this case, on the following terms and conditions, which it is agreed

are of and shall have no legal precedential value in any other case either between the parties to

this case or any other parties:

1.      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby

discontinues this action with prejudice and without damages, costs, interest or attorney's fees,

under the conditions described in Paragraph 5 of this agreement, as against Defendant The State

University of New York, as the "Settling Defendant."  Plaintiff discharges and releases the

Settling Defendant, and the State of New York, including, as applicable, their agencies,

1

subdivisions, employees, private contractors or assignees, of any and all claims, demands, or causes of action, known or unknown, now existing or hereafter arising, whether presently asserted or not, which relate in any way to the subject matter of this action, and further agrees to discontinue and/or not to commence or to pursue in any court, arbitration or administrative proceeding, any litigation, appeal or claim against the Settling Defendant, and/or others released hereby pertaining to the underlying facts, circumstances or incidents that gave rise to the aforementioned action, or any results of the aforementioned facts, circumstances or incidents.

2.      The parties agree that no provision of this settlement shall be interpreted to be an acknowledgment of the validity of any of the allegations or claims that have been made in the action.

3.      This settlement does not constitute a determination of, or admission by any party to, any underlying allegations, facts or merits of their respective positions.  The settlement of this action is limited to the circumstances in this case alone and shall not be given effect beyond the specific provisions stipulated to.  This settlement does not form and shall not be claimed as any precedent for or an agreement by the parties to any generally applicable policy or procedure in the future.

4.      Plaintiff agrees not to commence any lawsuit in any court, state or federal, related to any cause of action against the Settling Defendant, or the State of New York, which has or may have accrued prior to the execution of this Stipulation.

5.      Following the execution of this Stipulation, and its being ordered by the Court, Plaintiff shall be paid the sum of One Hundred Twenty-Five Thousand Dollars and No Cents ($125,000.00) in full settlement of any and all claims, which amount includes all sums to which Plaintiff is entitled, including but not limited to damages, costs, and attorney's fees.  Plaintiff's

2

check shall be made payable to "Patrizia Burinska" and will be mailed to Plaintiff via her attorney, Jeffrey P. Mans, Esq., at P.O. Box 11-282, Albany, New York, 11211-0282, which is the mailing address Plaintiff has provided to the Court for service of papers in this action.

6.      Payment of the amount specified in paragraph 5 is conditioned on the approval of all appropriate state officials in accordance with the provisions for indemnification under section 17 of the New York Public Officers Law and upon Plaintiff's signing and returning a "Standard Voucher," which will be mailed to her by agents of the Settling Defendant responsible for the administrative processing of the settlement paperwork.

7.      Payment of the amount referenced in paragraph 5 will be made within one hundred and twenty (120) days after the (1) approval of this Stipulation by the Court, (2) receipt by counsel of a copy of the so-ordered stipulation **and** (3) receipt by counsel of the Standard Voucher referenced in paragraph 6 above ("the pre-requisites").

8.      In the event that the terms of paragraph 6 are satisfied, but payment is not made within the periods set forth in paragraph 7, interest shall begin to accrue on the outstanding principal balance at the statutory rate on the 121st day after the satisfaction of the pre-requisites.

9.      This Stipulation shall be null and void if (1) the approvals referred to in paragraph 6 are not obtained; (2) the Plaintiff fails to return an executed stipulation of discontinuance within the time frame set by the court; or (3) the Plaintiff fails to return the Standard Voucher, and this action shall then be placed back on the active docket without prejudice.

10.      Plaintiff represents and warrants that she is not a Medicare recipient, that she has never been on Medicare or Social Security Disability, that no conditional payments have been made by Medicare, and that she does not expect to be a Medicare recipient within the next 30 months.

11.     The foregoing constitutes the entire agreement of the parties.

Dated: Albany, New York
       November 17, 2020

PATRIZIA BURINSKA
*Plaintiff*

Dated: Albany, New York
       November 17, 2020

JEFFREY P. MANS, ESQ.
*Attorney for Plaintiff*
P.O. Box 11-282
Albany, New York 11211-0282

By: _____
JEFFREY P. MANS, ESQ.
Telephone: (518) 265-4135
Email: adkhighlander@gmail.com

Dated: Albany, New York
       November 16, 2020

LETITIA JAMES
Attorney General of the State of New York
*Attorney for Defendant The State University of New York*
The Capitol
Albany, New York 12224-0341

By: _____
SHANNAN C. KRASNOKUTSKI, ESQ.
Assistant Attorney General, of Counsel
Telephone: (518) 776-2606
Email: Shannan.Krasnokutski@ag.ny.gov

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated: 11/18/2020
       Albany, NY

4